IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANDRA ROGERS, Individually and as Personal Representative of the Estate of Dustin Rogers and as Next Friend of Dallas Rogers and London Rogers, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:15-CV-00315-KD-B |
| BBC CHARTERING USA, LLC BBC CHARTERING & LOGISTIC GMBH & CO. KG, AND W. BOCKSTEIGEL GMBH & CO. REEDEREI KG MS "BBC LOUISIANA," | ) ) ) ) ) | |
| Defendants. | ) ) | |

## Plaintiffs' Third Amended Complaint

Plaintiff Sandra Rogers, individually and as Personal Representative of the Estate of Dustin Rogers ("Decedent") and as Next Friend of Dallas Rogers and London Rogers (collectively as "Plaintiffs"), brings this action complaining of BBC Chartering USA, LLC and BBC Chartering Logistic GmbH & Co. KG, W. Bocksteigel GmbH & Co. Reederei KG MS "BBC LOUISIANA", Crane Inspection Services, Inc., Marine Rigging, Inc., and Railroad Tools and Solutions, LLC (collectively as "Defendants") and would respectfully show the Court that:

2

## I.

### Jurisdiction and Venue

1.      This is a wrongful death and survival claim which is maintained under the general maritime law of the United States and/or, alternatively, under the Wrongful Death and Survival statutes and common law of Alabama and/or Texas.  It is well-settled that claims maintained under general maritime do not present a federal question.  Plaintiffs deny that the Court has subject-matter jurisdiction.

2.      The Court can exercise personal jurisdiction over all Defendants because they do a substantial amount of business in Alabama and/or the cause of action arose in Alabama.

## II.

### Parties

3.      At the time of his death, Decedent Dustin Rogers resided in Alabama. He was 28 years old at the time of his death and married to Sandra Rogers.

4.      Sandra Rogers is the widow of Decedent and personal representative of the Estate of Dustin Rogers. She brings this action pursuant to Texas Civil Practices and Remedies Code Section 71.004(b) for her benefit and "for the benefit of all" persons entitled to recover damages as a result of Decedent's death. She resides in Alabama.

5.      Dallas Rogers is the minor child of Dustin and Sandra Rogers.

6.      London Rogers is the minor child of Dustin and Sandra Rogers.

7.      Defendant BBC Chartering USA, LLC is a Texas entity with its principal place of business in Harris County, Texas. It has already made an appearance.

8.      BBC Chartering Logistic GmbH & Co. KG is a foreign entity that does a substantial amount of business in Texas.  It has already made an appearance.

9.      Defendant Marine Rigging, Inc. is an Alabama corporation.   Defendant Marine Rigging, Inc. may be served with process through its registered agent, Frank McKinley Bell III, at 559 South Conception Street, Mobile, Alabama 36603.

10.     Defendant Railroad Tools and Solutions, LLC is a foreign limited liability company.   Defendant Railroad Tools and Solutions, LLC may be served with process through its registered agent, Charles W. Bear, at 2336 SR 131, Hillsboro, Ohio 45133.

11.     Defendant Crane Inspection Services, Inc. is an Alabama corporation. Defendant Crane Inspection Services, Inc. may be served with process through its registered agent, James E. Pritchett, 7 ½ White Avenue, Fairhope, Alabama 36532.

### III.

### Nature of the Action

12.     This lawsuit is necessary as a result of personal injuries that Decedent sustained on September 7, 2013, which led to his untimely death.  On that date, Decedent was working as a longshoreman on a vessel (BBC LOUISIANA) in state territorial waters. While performing his duties on that date, Decedent suffered horrific injuries and ultimately died when a steel rail being lifted via the ship's crane came loose, fell, and struck Decedent. Decedent was injured and ultimately killed as a result of the incident.

13.     Defendants are legally responsible for the following reasons:

        a.      failure to properly train their employees;

        b.      failure to provide adequate safety equipment;

4

c.      failure to properly inspect and/or maintain its equipment;

d.      failure to properly inspect and/or maintain the vessel and/or its appurtenances;

e.      failure to comply with applicable safety standards, statutes, and regulations;

f.      violating applicable Coast Guard, BSEE, and/or OSHA regulations, policies and/or standards;

g.      failure to maintain safe premises;

h.      failure to properly supervise their employees;

i.      failure to safely conduct operation;

j.      providing employees with negligent instructions and orders;

k.      violating its turnover duty;

l.      failing to exercise reasonable control over equipment and/or areas of the vessel under its active control;

m.      failure to intervene when it was aware of obviously dangerous acts taking place and/or conditions on the vessel;

n.      vicariously liable for their employees' negligence;

o.      failure to provide proper equipment for the job at issue;

p.      breach of warranty for the equipment at issue;

q.      having an unreasonably dangerous design for the equipment at issue;

r.      failing to warn of the dangers associated with the equipment at issue; and

       s.      all other acts deemed negligent.

14.    As a result of the foregoing occurrences, Decedent died and suffered immense pain, fear, discomfort, and emotional distress prior to death.  He also sustained a loss of earnings and earning capacity in the future.  Most importantly, Plaintiff has lost her husband and her children have lost their father.  Plaintiffs seek loss of companionship, loss of society, loss of support, loss of friendship, mental anguish, emotional distress, damages for Decedent's pre-death pain and suffering, and all other remedies allowable under the law. Plaintiffs have been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which they now sue.

15.    Plaintiffs are also entitled to and seek exemplary damages because the aforementioned actions of Defendants were grossly negligent.  Defendants acted with flagrant and malicious disregard of Decedent's health and safety.  Defendants were subjectively aware of the extreme risks posed by the conditions which caused Decedent's injuries and death, but did nothing to rectify them.  Defendants' acts and/or omissions involved an extreme degree of risk considering the probability and magnitude of potential harm to Decedent and others.  Defendants had actual, subjective awareness of the risks, and consciously disregarded such risks.

16.    Plaintiffs have been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which they now sue.  Plaintiffs seek monetary relief over $1,000,000.

## IV.

## **Jury Trial**

17.     Plaintiffs hereby request a trial by jury on all claims.

## V.

## **Prayer**

18.     Plaintiffs pray that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon final hearing, Plaintiffs have judgment against Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, exemplary damages, all costs of Court, and all such other and further relief, to which they may show themselves justly entitled.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cory Itkin*

_____

Jason A. Itkin  *(Pro Hac Vice)*
Texas Bar No. 24032461
Cory D. Itkin *(Pro Hac Vice)*
State Bar No. 24050808
Noah M. Wexler *(Pro Hac Vice)*
Texas State Bar No. 24060816
Kelly M. Woods  *(Pro Hac Vice)*
Texas State Bar No. 24088676
Scott P. Armstrong *(Pro Hac Vice)*
Texas State Bar No.  24092050
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
jitkin@arnolditkin.com
citkin@arnolditkin.com
nwexler@arnolditkin.com
kwoods@arnolditkin.com
sarmstrong@arnolditkin.com


**TOBIAS, MCCORMICK & COMER, LLC**

Desmond V. Tobias (TODID00094)
Jason S. McCormick (MCCOJ9270)
1203 Dauphin Street
Mobile, Alabama 36604
desi@tmclawyers.com
jason@tcmclawyers.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that on this date, October 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Cory Itkin

_____

Cory Itkin